No. 90. Ira Perryman, by O. H. Perryman, his
Next Friend, Plaintiff in Error, v. Thomas W.
Coleman, Jr., Judge, etc. Error to the Supreme Court
of the State of Alabama. Submitted for the plaintiff in
error March 10, 1911. Decided March 13, 1911. *Per
Curiam.* Dismissed for want of jurisdiction. *Mutual
Life Ins. Co.* v. *McGrew*, 188 U. S. 291, 308; *Farrell* v.
*O'Brien*, 199 U. S. 100; *Kaufman* v. *Smith*, 216 U. S. 610.
*Mr. John B. Knox* for the plaintiff in error. No appear-
ance for the defendant in error.

---

No. 91. Jesse Nichols, Plaintiff in Error, v. The
City of Cleveland. Error to the Supreme Court of
the State of Ohio. Argued March 10, 1911. Decided
March 13, 1911. *Per Curiam.* Dismissed for want of
jurisdiction. *Great Western Telegraph Company* v. *Burn-
ham*, 162 U. S. 339, 341; *Schlosser* v. *Hemphill*, 198 U. S.
173. *Mr. Andrew Squire* and *Mr. William B. Sanders* for
the plaintiff in error. *Mr. Newton D. Baker* for the defend-
ant in error.